UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO GONZALEZ CARRILLO,<br><br>         Petitioner,<br>    v.<br><br>G. D. LEWIS, Warden,<br><br>         Respondent. | Case No. SACV 11-512-DDP (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

1  IT IS ORDERED that Judgment be entered: (1) approving and adopting this
2 Report and Recommendation; and (2) directing that Judgment be entered denying the
3 First Amended Petition and dismissing this action with prejudice

5 DATED: May 30, 2012
6                              HONORABLE DEAN D. PREGERSON
                             United States District Judge

9 Prepared by:

12 HONORABLE OSWALD PARADA
     United States Magistrate Judge