JS - 6
O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO GONZALEZ CARRILLO,<br><br>　　　　　Petitioner,<br>　　v.<br><br>G. D. LEWIS, Warden,<br><br>　　　　　Respondent. | Case No. SACV 11-512-DDP (OP)<br><br>J U D G M E N T |

　　　Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

　　　IT IS ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

DATED: May 30, 2012

　　　　　　　　　　　　　　　　　HONORABLE DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge